UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SUN KWON HO

vs.

CASE NO.  3:11CV1310(MPS)

CHIEN T. HO

**JUDGMENT**

This action having come on for consideration of the defendant's  Motion  for  Summary Judgment before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motion  and the full record of the case including applicable principles of law, and having filed its Ruling granting the motion on July 9, 2013, it is hereby

ORDERED and  ADJUDGED that judgment  is entered in favor of the defendant dismissing the case.

Dated at Hartford, Connecticut, this 12th day of July,  2013.

ROBIN D. TABORA, Clerk

By_____/s/_____
Devorah  Johnson
Deputy Clerk

EOD____07/12/13____